**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| JAMES CARRION,<br><br>    Plaintiff,<br><br>vs.<br><br>KIRBY OLDSMOBILE, INC., d/b/a "Kia of Ventura," a California corporation; KIA MOTORS AMERICA, INC., a California corporation; GENERAL MOTORS, LLC, a Delaware limited liability company; DOES 1 through 100, Inclusive,<br><br>    Defendants | CASE NO.: 8:17-CV-00231-JVS-JCG<br><br>DISCOVERY MATTER<br><br>Assigned to: Hon. Jay C. Gandhi<br>Courtroom: 6A<br><br>**ORDER RE: STIPULATION FOR PROTECTIVE ORDER**<br><br>Action Filed: January 4, 2017<br>Removal Date: February 8, 2017<br>Trial Date: None Set |

    The Court, having reviewed the Stipulation For Protective Order filed by the parties on July 27, 2017 concerning documents and information to be produced by defendants Kirby Oldsmobile, Inc. dba Kia of Ventura, Kia Motors America, Inc. and AmeriCredit Financial Services, Inc. dba GM Financial, and good cause appearing therein, hereby approves the Stipulation and adopts the

terms of said Stipulation as the Protective Order entered in this action.

IT IS SO ORDERED.

DATED: August 10, 2017   By: _____
Hon. Jay C. Gandhi
U.S. Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2017, I filed the foregoing document entitled **[PROPOSED] ORDER RE: STIPULATION FOR PROTECTIVE ORDER** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

    /s/ Brianna Alvarez
Brianna K. Alvarez