JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JAMES CARRION, <br><br> Plaintiff, <br><br> vs. <br><br> KIRBY OLDSMOBILE, INC., d/b/a "Kia of Ventura," a California corporation; KIA MOTORS AMERICA, INC., a California corporation; GENERAL MOTORS, LLC, a Delaware limited liability company; DOES 1 through 100, Inclusive, <br><br> Defendants | CASE NO: SACV17-00231 JVS (DFMx) <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## ORDER

Pursuant to the Joint Stipulation for Dismissal with Prejudice submitted by all parties to the above-captioned matter, the Court hereby Orders that the above-captioned matter, including all claims therein, is dismissed in its entirety, each side to bear its own costs.

**IT IS SO ORDERED.**

DATED: December 07, 2018

_____
Honorable James V. Selna
United States District Judge

# CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on **December 6, 2018**, a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed with the Clerk using the CM/ECF system, which will provide notice to the following counsel of record:

Robert B. Mobasseri, Esq.
David Alan Cooper, Esq.
Law Office of Robert B. Mobasseri, APC
1055 West 7th Street, Suite 2140
Los Angeles, CA 90017
Telephone: (213) 282-2000
Facsimile: (213) 282-3000
EM: RobertM@mobasserilaw.com
EM: DCooper@mobasserilaw.com

Attorney for Plaintiff

                                            Marcelo Lee